UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60499-DSL

AMIN LAKHANI,

    Plaintiff,

vs.

MIRAMAR EQUITY I, LLC et al.

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

    The Parties, Plaintiff Amin Lakhani and Defendants El Nuevo Juana Café, Inc. and Miramar Equity I, LLC, pursuant to Local Rule 16.4, hereby inform the Court that they have reached an agreement to settle this matter and are in the process of preparing the necessary settlement documents.

| | |
|---|---|
| **Dated**: May 10, 2024 | Respectfully submitted, |
| **Glenn R. Goldstein** | */s/ Miguel Morel* |
| Glenn R. Goldstein (FBN 55873) | Miguel A. Morel (FBN 89163) |
| Glenn R. Goldstein & Associates, PLLC | LITTLER MENDELSON, P.C. |
| 8101 Biscayne Blvd., Ste. 504 | Wells Fargo Center |
| Miami, Florida 33138 | 333 S.E. 2nd Avenue, Suite 2700 |
| Tel: (305) 900-2373 | Miami, FL 33131 |
| GGoldstein@G2Legal.net | Tel: (305) 400-7500 |
| | mamaorel@littler.com |
| *Attorney for Plaintiff* | |
| | *Counsel for Defendant* |
| **Glenn L. Widom** | |
| Glenn L. Widom (FBN 024775) | |
| Glenn L. Widom, P.A. | |
| 696 N.E. 125th Street | |
| North Miami, Florida  33161 | |
| Tel: (305) 663-8770 | |
| gwidom@gwidomlaw.com | |
| *Counsel for Defendant Miramar Equity I, LLC* | |